# TAKEROOT JUSTICE

October 25, 2021

**VIA EMAIL: Failla_NYSDChambers@nysd.uscourts.gov**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



> Re: **Trujillo et al. v. SEM Construction, Inc., et al.**
> Docket No. 21-cv-00124-KPF

Dear Honorable Judge Failla,

Our office represents Plaintiffs Arnulfo Trujillo and Rafael Ramon Beltran in the above referenced matter.

We are writing to inform the Court that the parties have reached an agreement in principle and are now in the process of drafting the formal Settlement Agreement. As a result, the Parties are in agreement that that there should be a 30 day stay or adjournment of the discovery deadlines to allow the drafting of the Settlement Agreement to be completed.

**(i)    The Original Due Date**

In the current Scheduling Order, the deadline for the close of all fact discovery is November 19, 2021, and the deadline for the close of expert discovery is January 10, 2022.

**(ii)    The Number of Previous Requests for Adjournment or Extension of Time**

This is the first request for a stay or adjournment of Discovery deadlines, and the first request related to settlement. There was a previous request for an extension to complete discovery.

**(iii)    Whether these Previous Requests Were Granted or Denied**

The previous request was granted in part by Your Honor on October 5, 2021, allowing for a thirty-days extension of the parties' fact discovery deadline.

123 Williams St., 16th floor
New York, NY 10038
T: 212-810-6744
F: 212-619-0653

Law, research, and
policy for organizing

TAKEROOTJUSTICE.ORG



    **(iv)**    **The Reason for the Current Request**

The parties have reached a tentative settlement concerning financial payment to settle this matter as of two days ago, October 20, 2021, and are now in the process of finalizing terms and drafting the formal Settlement Agreement.

    **(v)**    **Whether the Adversary Consents, and, if not, the Reasons Given by the Adversary for Refusing to Consent**

The counsel for the Defendants has consented to this request.

We thank Your Honor for the attention to this matter.

    Sincerely,

    */s/ Eliseo Cabrera*
    Eliseo Cabrera
    Staff Attorney

    */s/ Farrell Brody*
    Farrell Brody
    Senior Staff Attorney

```
In light of the parties' settlement in principle, the Court will stay
all deadlines for 30 days to give the parties time to finalize their
agreement.  If prior to November 25, 2021, the parties are able to
formalize their settlement, the parties are to promptly inform the
Court in writing.  Thereafter, the Court will set a date on which the
parties are to submit their materials for this Court's review of the
fairness of the settlement agreement in accordance with the FLSA and
Second Circuit law.  See, e.g., Cheeks v. Freeport Pancake House, 796
F. 3d 199 (2d Cir. 2015).

However, if at the expiration of this 30 day period, the parties have
not reached a formal settlement agreement, the Court directs the
parties to file a joint status letter proposing a new discovery
schedule.

The Clerk of Court is directed to stay this case, pending further order
of the Court.  The Clerk of Court is further directed to terminate the
pending motion at docket entry 20.
```

Date:    October 26, 2021
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2